| United States Bankruptcy Court<br>Southern District of Iowa | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gene Miller Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Miller the Driller, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more<br>than one, state all):  **42-0842454** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than<br>one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**5125 East University**<br>**Des Moines, IA**<br>ZIP CODE  **50327** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Polk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**5125 E. University Ave.**
**Des Moines, IA**                                                   ZIP CODE  **50327**

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."      ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on<br>4/01/13 and every three years thereafter)*.<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gene Miller Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | **X  Not Applicable**<br>    Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Gene Miller Company, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X **/s/ Jerrold Wanek**
_____
Signature of Attorney for Debtor(s)

**Jerrold Wanek  Bar No.  IS9998937**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Garten & Wanek**
_____
Firm Name

**835 Insurance Exchange Building 505 FIfth Ave.**
_____
Address

**Des Moines, IA 50309-2317**
_____

**(515) 243-1249          (515) 244-4471**
_____
Telephone Number

**1/14/2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brandon Young**
_____
Signature of Authorized Individual

**Brandon Young**
_____
Printed Name of Authorized Individual

**Vice President of Operations**
_____
Title of Authorized Individual

**1/14/2011**
_____
Date

## United States Bankruptcy Court

### Southern District of Iowa

In re:

**Gene Miller Company, Inc.**

Case No. _____

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Brandon Young**, declare under penalty of perjury that I am the **Vice President of Operations** of **Gene Miller Company, Inc.,** a  **Iowa** Corporation and that on **01/13/2011** the following resolution was duly adopted by the **Directors** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Brandon Young**, **Vice President of Operations** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Brandon Young**, **Vice President of Operations** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Brandon Young**, **Vice President of Operations** of this Corporation, is authorized and directed to employ **Jerrold Wanek**, attorney and the law firm of **Garten & Wanek** to represent the Corporation in such bankruptcy case."

Executed on:   **1/14/2011** _____

Signed:   **/s/ Brandon Young** _____
**Brandon Young**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Southern District of Iowa

In re  **Gene Miller Company, Inc.**                                    ,    Case No. _____

Debtor                                            Chapter    **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Ziegler**<br>**1720 Fuller road**<br>**West Des Moines, IA  50265** | | | | **$1,352.56** |
| **Favor Steel & Fabricating, Inc.**<br>**1110 Industrial Blvd.**<br>**Bessemer, AL 35022** | | | | **$204,355.00** |
| **IUOE Local #234**<br>**4880 Hubbell Ave.**<br>**Des Moines, IA 50317** | | | | **$143,421.00** |
| **Permalok Corporation**<br>**P.O. Box 10970**<br>**St. Louis, MO 63135** | | | | **$91,600.00** |
| **Iowa Laborers Local #177**<br>**2121 Delaware Ave.**<br>**Des Moines, IA 50317** | | | | **$81,434.71** |
| **New World Equipment Funding, LLC**<br>**P.O. Box 643620**<br>**Cincinnati, OH 45264-3620** | | | | **$64,156.03** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Gene Miller Company, Inc.**                                    ,   Case No. _____

                                    Debtor                          Chapter   __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **AEL Financial**<br>**600 N. Buffalo Grove Rd., Ste. 302**<br>**Buffalo Grove, IL 60089** | | | | **$27,745.81** |
| **Laborers Local #477**<br>**1615 N. Dirksen Pkwy**<br>**Springfield, IL 62702** | | | | **$22.563.11** |
| **Precision Pipe & Products, Inc.**<br>**P.O. Box 102046**<br>**Birmingham, L 35210-7046** | | | | **$22,500.00** |
| **O'Halloran International**<br>**P.O. Box 1804**<br>**Des Moines, IA 50305-1804** | | | | **$22,300.82** |
| **Summit Funding Group**<br>**P.O. Box 635828**<br>**Cincinnati, OH 45263** | | | | **$21,973.70** |
| **IUOE Local #150 (8)**<br>**3511 78th Ave W**<br>**Rock Island, IL 61201** | | | | **$19,203.62** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Gene Miller Company, Inc.**                                    ,   Case No. _____

_____
Debtor

Chapter  __11__  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Labroers Local #309**<br>**2835-7th Ave**<br>**Rock Island IL 61201** | | | | **$16,708.99** |
| **Pascal Construction Company**<br>**4343 Loveland Street #100**<br>**Golden, CO 80403-1890** | | | | **$15.000.00** |
| **IUOE Local #965**<br>**3520 E. Cook St.**<br>**Springfield, IL 62703** | | | | **$14,130.00** |
| **GMAC**<br>**P.O. Box 78252**<br>**Phoenix, AZ 85062-8252** | | | | **$13,955.46** |
| **Legacy Bank**<br>**502 8th Street S.W.**<br>**P.O. Box 309**<br>**Altoona, IA 50009** | | | | **$13,228.67** |
| **Vermeer**<br>**P.O. Box 168**<br>**Pella, IA 50219** | | | | **$11,870.70** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Gene Miller Company, Inc.**                                    , Case No. _____

                                    Debtor                    Chapter  __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **H-E Parts Distribution**<br>**801 E. Walnut**<br>**Elkhart, IA 50073** | | | | **$9,927.78** |
| **LeClaire Petroleum**<br>**22644 Great River Rd.**<br>**LeClaire, IA 52753** | | | | **$9.906.82** |
| **Laborers Local #1290**<br>**2600 Merriam Lane**<br>**Kansas City, KS 66106** | | | | **$9,578.66** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Brandon Young, Vice President of Operations of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/14/2011** _____          Signature:   **/s/ Brandon Young** _____

                                    **Brandon Young ,Vice President of Operations**
                                    (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

```
Action Services, Inc.
P.O. Box 310128
Des Moines, IA 50331-0128

AEL Financial
600 N. Buffalo Grove Rd., Ste. 302
Buffalo Grove, IL 60089

Airgas-North Central
P.O. Box 802588
Chicago, IL 60860-2588

Akkerman, Inc.
58256-266th St.
Brownsdale, MN 55918

Allender Butzke Engineers, Inc.
3660 109th St.
Urbandale, IA 50322

Altofer, Inc.
P.O. Box 1347
Cedar Rapids, IA 52406

American Concrete Products, Inc.
15371 Collection Center Dr.
Chicago, IL 60693

Aramark Uniform Services
P.O. Box 1607
Des Moines, IA 50316

Associated General Contractors Illi
3219 Execute Park Drive
Springfield, IL 62703
```

```
Aviva Life and Annuity Company
Cash Processing Center
P.O. Box 78517
Phoenix, AZ 85062-8517

Baker & Associates, LLP
8033 University Blvd., Ste. C
Clive, IA 50325

Bank of America
P.O. Box 15710
Wilmington, DE 19886

Bascom Truck & Automotive, Inc.
6645 N.E. 14th St.
Des Moines, IA 50313

Bauer Built Tire - Des Moines
2040 Hull Avenue
Des Moines, IA 50317

Blair's Service Center
1660 S.E. McKinley
Des Moines, IA 50320

Boyer Petroleum
1817 Hull Avenue
Des Moines, IA 50313

Brandon Young Rentals
5125 E. University Ave.
Des Moines, IA 50327

Builders Sand and Cement Company
3636 W. River Dr.
Davenport, IA 52802
```

Canton Ready Mix, Inc.
1130 W. Locust
Canton, IL 61520

CarQuest
P.O. Box 503589
St. Louis, MO 63150-3589

Cedar Rapids Winpump Co.
930 27th Ave. S.W.
Cedar Rapids, IA 52404-3425

Cellular Concrete, Inc.
25385 US Hwy 169 NW
Zimmerman, MN 55398

Central Concrete Company
P.O. Box 1348
Columbia, MO 65205

Central Laborers Pension Welfare &
& Annuity
P.O. Box 1267
Jacksonville, IL 62651

CFI Tire Service
2601 Dixon St.
Des Moines, IA 50316-1864

Chemsearch
23261 Network Place
Chicago, IL 60673

Clarion Hotel - Davenport
5202 N. Brady Street
Davenport, IA 52806

Clean Sweep Carpet Care
4923 Orchard Drive
Pleasant Hill, IA 50327

Concentra Medical Centers
of the Southwest, P.A., Inc.
P.O. Box 75427
Oklahoma City, OK 73147

Construction & Aggregate Products
5700 Park Avenue
Des Moines, IA 50321

Cretex Concrete Products
P.O. Box 1450
Minneapolis, MN 55485-5643

Cross Dillon Tire
P.O. Box 3281
Des Moines, IA 50316

CTS Specialized, Inc.
4860 Robb St., Ste. 205
Wheat Ridge, CO 80033

Custom Steel Service
217 High Avenue
Ames, IA 50010

Des Moines Steel Co.
110 Clark St.
Des Moines, IA 50314

Des Moines Water Works
P.O. Box 9227
Des Moines, IA 50306-9227

Dex East
P.O. Box 78041
Phoenix, AZ 85062-8041

Diamond Oil Company
P.O. Box 955
Des Moines, IA 50304

Favor Steel & Fabricating, Inc.
1110 Industrial Blvd.
Bessemer, AL 35022

Ferrellgas
P.O. Box 173940
Denver, CO 80217-3940

Fort Dodge Steel, Inc.
15 North 1st Street
Fort Dodge, IA 50501

G&M of Des Moines, LLC
5125 E University Ave.
Des Moines, IA 50327

Gardner Sandblasting
2015 N.E. 58th Ave.
Des Moines, IA 50313

Gene & Martha Miller
5230 East Oakwood Dr.
Pleasant Hill, IA 50327

General Fire & Safety Equipment
3210 E. 14th St.
Des Moines, IA 50316

GMAC
P.O. Box 78252
Phoenix, AZ 85062-8252

Grainger
Dept. 823593900
P.O. Box 419267
Kansas City, MO 64141

Hallett Materials
P.O. Box 3365
Des Moines, IA 50316-3365

H-E Parts Distribution
801 E. Walnut
Elkhart, IA 50073

Heavy Hwy Fringe Benefit Admin Co
2415 Ingersoll Ave.
Des Moines, IA 50312-5233

Housby Mack, Inc.
4747 N.E. 114th St.
Des Moines, IA 50313

Howard Steel, LLC
2343 Rockingham Road
Davenport, IA 52802

Hy-Vee
4815 Maple Dr.
Pleasant Hill, IA 50327

Internal Revenue Service
Insolvency Section
210 Walnut Steet, Stop 5301
Des Moines, IA  50309-2103

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Iowa Department of Revenue
Accounts Receivable Unit
Hoover State Office Bldg.
Des Moines, IA  50306

Iowa Department of Transportation
Office of Motor Carrier Services
P.O. Box 10382
DEs Moines, IA 50306-0382

Iowa Laborers Dist Council
H & W Fund
2415 Ingersoll Ave.
Des Moines, IA 50312

Iowa Laborers Local #177
2121 Delaware Ave.
Des Moines, IA 50317

IUOE #649
6408 W. Plank Rd
Peoria, IL 61604

IUOE Local #101
6601 Winchester, Suite 280
Kansas City, MO 64133

IUOE Local #150 (8)
3511 78th Ave W
Rock Island, IL 61201

IUOE Local #234
4880 Hubbell Ave.
Des Moines, IA 50317

IUOE Local #513
3449 Hollenberg Dr.
Bridgeton, MO 63044

IUOE Local #965
3520 E. Cook St.
Springfield, IL 62703

IUOE Local 513 Fringe Benefits Fund
P.O. Box 790379
St. Louis, MO 63179

Jim Hawk Truck Trailers, Inc.
3515 Adventure Land Drive
P.O. Box 217
Altoona, IA 50009

John Waters
Iowa Department of Revenue
Technical Services
PO Box 10457
Des Moines, IA  50306

Johns Auto Glass
4425 Mills Civic Pkwy #1304
West Des Moines, IA 50265

Laborers Benefit Office
Benefit Office of Greater St. Louis
2357 59th St.
St. Louis, MO 63110-2811

Laborers Local #1290
2600 Merriam Lane
Kansas City, KS 66106

Laborers Local #231
2503 Broadway
Pekin, IL 61554

Laborers Local #477
1615 N. Dirksen Pkwy
Springfield, IL 62702

Laborers Local #955
`370 N. Roby Farm Rd
Rocheport, MO 65279-9338

Labroers Local #309
2835-7th Ave
Rock Island IL 61201

LeClaire Petroleum
22644 Great River Rd.
LeClaire, IA 52753

Legacy Bank
502 8th Street S.W.
P.O. Box 309
Altoona, IA 50009

Local 841 Qualified Savings
P.O. Box 10185
Terre Haute, IN 47801

Lozier Oil Company
P.O. Box 266
Farmington, IL 61531

Mac Chambers Agency
P.O. Box 71514
DDes Moines, IA 50325

Manatts
P.O. Box 448
Des Moines, IA 50302-0448

Master Builders of Iowa
P.O. Box 695
Des Moines, IA 50306-0695

Thomas Flynn
Belin McCormick Law Firm
666 Walnut, Suite 2000
Des Moines, IA  50309

MBS - Midwest Business
P.O. Box 5137
Des Moines, IA 50305-5137

Menards - Retail Services
P.O. Box 5219
Carol Stream, IL 60197

Menards Retail Services
P.O. Box 5219
Carol Stream, IL 60197

Mid American Energy
P.O. Box 8020
Davenport, IA 52808-8020

Mid Central Operating Eng H&W Fund
P.O. Box 9605
Terre Haute, IN 47808

Mid-Iowa Sales Co.
522 Nature Road
Boone, IA 50036-7285

Mid-States Supply Company
P.O. Box 804482
Kansas City, MO 64180-4482

Midwest Bearing & Supply
1732 Guthrie Avenue
P.O. Box 16280
Des Moines, IA 50316

Midwest LTD Concrete pumping
P.O. Box 4473
Rock Island, IL 61204

Midwest Underground Supply LLC
W231N1129 Highway F
Waukesha, WI 53186

Municipal Supply, Inc.
1550 N.E. 51st Ave.
Des Moines, IA 50313

New World Equipment Funding, LLC
P.O. Box 643620
Cincinnati, OH 45264-3620

O'Halloran International
P.O. Box 1804
Des Moines, IA 50305-1804

Operating Engineers Local
101 Fringe Benefits
P.O. Box 870860
Kansas City, MO 64187-0860

Operating Engrs Local 324
Frnge Ben Fund
4880 Hubbell Ave.
Des Moines, IA 50317

O'Reilly Auto Parts
P.O. Box 790098
St. Louis, MO 63179-0098

Partners in Health
8101 Birchwood Ct., Ste. S
Johnston, IA 50131-2930

Pascal Construction Company
4343 Loveland Street #100
Golden, CO 80403-1890

Performance Plus
1200 N.E. 56th St.
Pleasant Hill, IA 50327

Permalok Corporation
P.O. Box 10970
St. Louis, MO 63135

PowerPlan
P.O. Box 4450
Carol Stream, IL 60197-4450

PPG Pittsburgh Paint - 9829
4525 N.E. 14th St.
Des Moines, IA 50313

Precision Pipe & Products, Inc.
P.O. Box 102046
Birmingham, L 35210-7046

Premier Resource Services
1727 Hull Avenue
Des Moines, IA 50313

Proctor Mechanical Corporation
1100 Hoak Drive
West Des Moines, IA 50265

Qwest
P.O. Box 91154
Seattle, WA 98111-9254

Red 5 Interactive, Inc.
P.O. Box 21160
Des Moines, IA 50321

Staples Credit Plan
P.O. Box 6892020
Des Moines, IA 50368-9020

Star Equipment
P.O. Box 8438
Des Moines, IA 50301-8438

Summit Funding Group
P.O. Box 635828
Cincinnati, OH 45263

Sun Concrete Pumping
2101 S.E. 44th Ct.
Grimes, IA 50111

Terracon - Bettendorf
P.O. Box 843358
Kansas City, MO 64184-3358

U.S. Attorneys Office
110 E. Court Ave., Suite 286
Des Moines, IA  50309-2053

U.S. Bank
P.O. Box 790408
St. Louis, MO 63179-0408

United Parcel Services
Lockbox 577
Carol Stream, IL 60132-0577

United Rentals - Grimes
P.O. Box 100711
Atlanta, GA 30384-0711

Valley Bank
12257 University Ave.
Clive, IA 50325

Verizon Wireless
P.O. Box 25505
LeHigh Valley, PA 18002-5505

Vermeer
P.O. Box 168
Pella, IA 50219

Waste Connections, Inc.
4705 N.E. 22nd St.
Des Moines, IA 50313

Wells Fargo Equipment Finance (001)
P.O. Box 1450
Minneapolis, MN 55485-8178

Wolin Electric, Inc.
1720 Fuller Road
West Des Moines, IA 50265

Ziegler
1720 Fuller road
West Des Moines, IA  50265

Ziegler
P.O. Box 86
Minneapolis, MN 55486-0436

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

In re:   **Gene Miller Company, Inc.**

Case No. _____

_____
Debtor

Chapter  **11**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **15** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.


Dated:   **1/14/2011**  _____

Signed:  **/s/ Brandon Young** _____
         **Brandon Young**


Signed:   **/s/ Jerrold Wanek** _____
          **Jerrold Wanek**
          Attorney for Debtor(s)
          Bar no.:      **IS9998937**
          **Garten & Wanek**
          **835 Insurance Exchange Building**
          **505 Flfth Ave.**
          **Des Moines, IA 50309-2317**
          Telephone No.:      **(515) 243-1249**
          Fax No.:            **(515) 244-4471**
          E-mail address:     **wanek@dwx.com**